**Fill in this information to identify the case:**

Debtor name: **Ron Fish Electrical Services, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): **2:24-bk-13275**

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**All Systems Go**
**P.O. Box 5125**
**Riverside, NJ 08075**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Other**
Is the claim subject to offset? ☒ No ☐ Yes

Amount: **Unknown**

**3.2** Nonpriority creditor's name and mailing address
**Amex**
**Correspondence/BankruptcyPo Box 981540**
**El Paso, TX 79998**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Amazaon Business Prime Card**
Is the claim subject to offset? ☒ No ☐ Yes

Amount: **$808.73**

**3.3** Nonpriority creditor's name and mailing address
**Billow Electric Supply Company**
**c/o Law Offices of Gary M. Perkiss, P.C.801 Old York Road, Suite 313**
**Jenkintown, PA 19046**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Other-Mechanic Lien Claim**
Is the claim subject to offset? ☒ No ☐ Yes

Amount: **$19,048.82**

**3.4** Nonpriority creditor's name and mailing address
**Billow Electric Supply Company**
**c/o Law Offices of   Gary Perkiss, P.C.801 Old York Road, Suite 313**
**Jenkintown, PA 19046**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Other-Mechanics Lien Claim**
Is the claim subject to offset? ☒ No ☐ Yes

Amount: **$45,473.77**

| Debtor | **Ron Fish Electrical Services, LLC** | Case number (if known) | **2:24-bk-13275** |
|---|---|---|---|
| | Name | | |

### 3.5
**Nonpriority creditor's name and mailing address**
**Billow Electric Supply Company**
**c/o Law Offices of Gary M. Perkiss, P.C. 801 Old York Road, Suite 313**
**Jenkintown, PA 19046**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Other-Mechanic Lien Claim**

Is the claim subject to offset?  ☒ No   ☐ Yes

**$5,322.46**

### 3.6
**Nonpriority creditor's name and mailing address**
**Billows Electric Supply**
**3929 G Street**
**Philadelphia, PA 19124**

Date(s) debt was incurred _
Last 4 digits of account number **4242**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Other**

Is the claim subject to offset?  ☒ No   ☐ Yes

**Unknown**

### 3.7
**Nonpriority creditor's name and mailing address**
**Billows Electric Supply Co.**
**c/o Law Offices of Gary M. Perkiss, P.C. 801 Old York Road, Suite 313**
**Jenkintown, PA 19046**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Other-Mechanics Lien Claim**

Is the claim subject to offset?  ☒ No   ☐ Yes

**$12,679.76**

### 3.8
**Nonpriority creditor's name and mailing address**
**Chase Card Sevices**
**Po Box 15123**
**Wilmington, DE 19850**

Date(s) debt was incurred _
Last 4 digits of account number **0545**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Credit**

Is the claim subject to offset?  ☒ No   ☐ Yes

**$12,826.52**

### 3.9
**Nonpriority creditor's name and mailing address**
**Corporate Electric**
**315 Cranbury Half Acre Road**
**Cranbury, NJ 08512**

Date(s) debt was incurred _
Last 4 digits of account number **1717**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Other**

Is the claim subject to offset?  ☒ No   ☐ Yes

**Unknown**

### 3.10
**Nonpriority creditor's name and mailing address**
**Master Revenue**
**525 Washington Blvd. Suite 2200**
**Jersey City, NJ 07310**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Other**

Is the claim subject to offset?  ☒ No   ☐ Yes

**Unknown**

### 3.11
**Nonpriority creditor's name and mailing address**
**PNC Bank**
**PO Box 3479**
**Pittsburgh, PA 15230-3479**

Date(s) debt was incurred _
Last 4 digits of account number **7601**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Credit**

Is the claim subject to offset?  ☒ No   ☐ Yes

**$4,741.56**

| Debtor | **Ron Fish Electrical Services, LLC** | Case number (if known) | **2:24-bk-13275** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,102.83 |
|---|---|---|---|
| | **Sunoco Business Fleet**<br>**PO Box 639**<br>**Portland, ME 04104-0639** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Other** | |
| | **Last 4 digits of account number 2403** | Is the claim subject to offset? ☒ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 103,004.45 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 103,004.45 |